## McAnulty *v.* State.

Appeal from the Circuit Court of Henry.
Tried before the Hon. John P. Hubbard.

Lee & Koonce, for appellant.

Chas. G. Brown, Attorney-General, for the State.

The appellant was indicted, tried and convicted for the violation of a local prohibition law.
The judgment is affirmed.

Opinion by Dowdell, J.

------

## Carroll *v.* Anderson.

Appeal from the Circuit Court of Pike.
Tried before the Hon. John P. Hubbard.

Foster, Samford & Carroll, for appellant.

E. R. Brannen, for appellee.

This suit was instituted by the appellant against the appellee to recover on an account and for money had and received, the value of a bale of cotton upon which plaintiff had a mortgage, and which defendant bought and sold and received the money therefor.
From a verdict in favor of the defendant the plaintiff appeals.
Judgment is affirmed.

Opinion by McClellan, C. J.